UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARMAN BECKER AUTOMOTIVE
SYSTEMS MANUFACTURING KFT
and
HARMAN BECKER AUTOMOTIVE
SYSTEMS, INC.,

                      Plaintiffs,                         **ORDER**

       -against-                              **24-CV-6488 (RA) (JW)**

TASUS TEXAS CORPORATION,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The instant case was referred for assistance with general pretrial matters. Dkt. No. 32. Before the Court is Plaintiffs' request for a conference regarding their motion to compel Defendant. Dkt. No. 34. The Court orders the following:

1. The conference before Judge Abrams, scheduled for August 15, 2025, is adjourned *sine die*.

2. Plaintiff's request for a conference is **GRANTED**. The parties are to appear in Courtroom 228 of 40 Foley Square, New York, New York 1007, for a conference concerning Plaintiff's motion to compel on **August 26, 2025 at 2:30 PM**. If that date does not work for the parties, the parties are to meet and confer and provide the Court, no later than August 11, 2025, with three alternative dates in late September, October, or November.

SO ORDERED.

DATED:   New York, New York
          August 6, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge