**Benesch**

Phil Eckenrode
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Direct Dial: 216.363.4402
peckenrode@beneschlaw.com

**VIA ECF**

**November 14, 2025**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Application granted. Defendant
is instructed to file Exhibit U
under seal.

SO ORDERED.

_____

Hon. Ronnie Abrams
December 29, 2025

Re:   ***Harman Becker Automotive Systems Manufacturing KFT and Harman Becker Automotive Systems, Inc. v. TASUS Texas Corporation***, **Case No. 1:24-cv-006488**

Dear Judge Abrams:

On behalf of Defendant TASUS Texas Corporation, and pursuant to 5(A)(ii)(b) of Your Honor's *Individual Rules & Practices in Civil Cases*, I respectfully request leave to file one exhibit to our concurrently filed *Motion for Summary Judgment* under seal. Proposed Exhibit U is a document produced pursuant to a subpoena by a third-party, Kroll. The undersigned work with Kroll's counsel (and another third party, FMT, Inc.) to obtain de-designation of other documents used to support Defendant's Motion. Kroll (through counsel) indicated that as for proposed Exhibit U, it agreed that TASUS could quote from that document as it does on page 8 of the Motion, but requested that the undersigned seek leave to file the document under seal, as the same contains information regarding other Kroll business unrelated to this dispute. Therefore, Defendant requests leave to file Exhibit U under seal at this time.

The "higher values" to be preserved through the limited exception to public access to court documents includes "the privacy of innocent third parties." *Farris v. Avon Products, Inc.*, S.D.N.Y. No. 23-CV-02023, 2024 WL 4441811, at *2 (Oct. 7, 2024) (citing, *inter alia*, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006)). Defendant respectfully requests leave to file Exhibit U under seal in order to safeguard the Confidential designation provided by a third party as to that document. The undersigned will serve a copy of this letter on counsel Kroll.

Sincerely,

Phil Eckenrode